IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TINA EMERSON                                                      PLAINTIFF

v.                        Case No. 08-6050

THE STATE OF ARKANSAS                                             DEFENDANT

## ORDER

    Now on this 8th day of July 2008, there comes on for consideration the report and recommendation filed herein on May 21, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6). Plaintiff has not filed any objections to the report and recommendation.

    The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's claims are DISMISSED on the grounds they are barred by *Heck*. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action, or any portion thereof, may be dismissed because it fails to state a claim or states a claim that is not presently cognizable.) To the extent the claims stemming from the currently pending charges are not barred by *Heck*, abstention under *Younger* is appropriate, and the claims are stayed and administratively terminated. *See Yamaha Motor Corp. v. Stroud*, 179 F.3d 598 (8th Cir. 1999)(stay rather than dismissal appropriate when damages are sought and the court is not being asked to declare a state statute unconstitutional.) Plaintiff may reopen her claims after the

**AO72A**
**(Rev. 8/82)**

conclusion of the state criminal case.  Plaintiff's Motions to Correct Date and for Hearing (Docs. 7-8) are DENIED AS MOOT.

   IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge